UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **STEVEN ANTHONY WALCOTT, JR.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 13-71** |
| **OFFICER CRABTREE, ET AL.** | **SECTION "I" (3)** |

O R D E R

The Court, having considered the complaint, the record, the applicable law, the Partial Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Partial Report and Recommendation, hereby approves the Partial Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the defendants' motion, Rec. Docs. 27 and 44, is **GRANTED** and that plaintiff's claims against the Terrebonne Parish Consolidated Government and Richard Neal are dismissed without prejudice, but with prejudice for the purpose of proceeding *in forma pauperis* pursuant to 28 U.S.C. § 1915, based on his failure to exhaust his administrative remedies.

New Orleans, Louisiana, this 13th day of September, 2013.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE