UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**STEVEN ANTHONY WALCOTT, JR.**            **CIVIL ACTION**

**VERSUS**            **NO. 13-71**

**OFFICER CRABTREE, ET AL.**            **SECTION "I" (3)**

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Partial Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Partial Report and Recommendation, hereby approves the Partial Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** plaintiff's claims against "Doctor Jamie" and Richard L. Stalder are **DISMISSED WITHOUT PREJUDICE** pursuant to Fed.R.Civ.P. 4(m).

New Orleans, Louisiana, this 2nd day of January, 2014.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**